# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD BURDETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:15-CV-04038-B |
| | § | |
| REMINGTON ARMS COMPANY, LLC, | § | |
| and SPORTING GOODS PROPERTIES, | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Edward Burdett appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order entered in this action on July 13, 2016.

RESPECTFULLY SUBMITTED this 10th day of August, 2016.

        MONSEES & MAYER, P.C.


        By   /s/ Timothy W. Monsees
         Timothy W. Monsees, TX #14275550
         4717 Grand Avenue, Suite 820
         Kansas City, Missouri 64112
         (816) 361-5550
         (816) 361-5577 Facsimile
         tmonsees@monseesmayer.com

        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2016, this document was filed electronically. Notice of this filing will be served on all parties by operation of the Court's electronic filing system, pursuant to Rule 5.1(d) of the Local Rules of Practice in this District.

 /s/ Timothy W. Monsees
Timothy W. Monsees
