UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDWARD BURDETT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-4038-B |
| | § | |
| REMINGTON ARMS COMPANY, LLC | § | |
| and SPORTING GOODS PROPERTIES, | § | |
| INC., | | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is entered pursuant to the Court's Memorandum Opinion and Order (Doc. 32) granting Defendants' Motion for Summary Judgment.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing by his suit against Defendants and that this suit be, and hereby is, **DISMISSED with prejudice**.

SO ORDERED.

SIGNED: August 22, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE